**Order entered January 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01078-CR

**ERIC ROSE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-55385-Y**

## ORDER

We **GRANT** Official Court Reporter Sharon Hazlewood's January 21, 2013 request for a second extension of time to file the reporter's record. The reporter's record shall be due on or before **February 1, 2013**.

/s/    LANA MYERS
       JUSTICE